ALFRED E. SEIDEL, APPELLANT, v. ATLANTIC CITY,
RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Lee F. Washington.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ.   10.

*For reversal*—None.

---

ALFRED E. SEIDEL, APPELLANT, v. ATLANTIC CITY,
RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Lee F. Washington.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 10.

*For reversal*—None.

---

SAMUEL S. SHERWOOD, APPELLANT, v. CITY OF PATERSON ET AL., RESPONDENTS.

Submitted December 6, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported *ante p.* 456.

For the appellant, *George S. Hilton.*

For the respondents, *Edward F. Merrey* and *Griggs & Harding.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, TERHUNE, HEPPENHEIMER, TAYLOR, JJ. 10.

*For reversal*—None.